1 | Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:  916.927.2046

Noah F. Schwinghamer (SBN: 262024)
**SCHWINGHAMER LAW**
2443 Fair Oaks Blvd., #379
Sacramento, California 95825
Telephone:  916.678.1117
Facsimile:  916.927.2046

Attorneys for Plaintiffs
GARY CORRIGAN;
ROSANNA JOHNSON

Stephen M. Hankins (SBN: 154886)
Sarah D. Youngblood (SBN: 244304)
Lance C. Cidre (SBN: 287906)
**RILEY SAFER HOLMES & CANCILA LLP**
111 New Montgomery Street, Suite 600
San Francisco, California 94105
Telephone:  415.275.8550
Facsimile:  415.275.8551

Attorneys for Defendant
OWENS-BROCKWAY GLASS
CONTAINER, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY CORRIGAN and ROSANNA JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 2:16-cv-00298-KJM-CKD<br><br>**ORDER GRANTING THE PARTIES REQUEST TO CONTINUE DISCOVERY DEADLINES**<br><br>*Assigned to Honorable Kimberly J. Mueller for All Purposed; Courtroom 3*<br><br>Action Filed:    March 25, 2015<br>Trial Date:       December 18, 2017<br>FPC:                 November 3, 2017 |

---

1

**Order Granting the Parties Request to Continue Discovery Deadlines**
*Corrigan, et al. v. Owens-Brockway Glass Container, Inc., et al.*     Case No.: 2:16-cv-00298-KJM-CKD

Plaintiff's Request to Continue Discovery Deadlines is hereby GRANTED, or MODIFIED as follows:

1. The new deadline for the close of Discovery is extended to **March 31, 2017**;

2. The new deadline for the close of Expert Discovery is extended to **June 28, 2017**;

3. The new deadline to disclose Experts is extended to **May 3, 2017**;

4. The new deadline to disclose supplemental Experts is extended to **May 31, 2017**; and

5. The new deadline to hear Dispositive Motions is extended to **August 11, 2017**.

IT IS SO ORDERED.

DATED: January 25, 2017

_____
UNITED STATES DISTRICT JUDGE