UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GARY CORRIGAN, et al., | No. 2:16-cv-0298-KJM-CKD |
|---|---|
| Plaintiffs, | |
| v. | SECOND AMENDMENT TO THE SCHEDULING ORDER |
| OWENS-BROCKWAY GLASS CONTAINER, INC., | |
| Defendants. | |

The parties jointly request (ECF No. 29) to amend the amended dates in the pretrial scheduling order (ECF Nos. 10, 17) to permit additional time for mediation. Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date (ECF Nos. 10, 17) | New Date |
|---|---|---|
| Discovery Cutoff | March 31, 2017 | March 31, 2017 |
| Expert Disclosures | May 3, 2017 | May 3, 2017 |
| Supplemental Expert Disclosures | May 31, 2017 | May 31, 2017 |
| Completion of Expert Discovery | June 28, 2017 | September 15, 2017 |
| All Dispositive Motions | August 11, 2017 | October 20, 2017 |
| File Joint Pretrial Conference Statement | October 13, 2017 | January 19, 2018 |
| Final Pretrial Conference (10 a.m.) | November 3, 2017 | February 9, 2018 |
| Trial Briefs Due | December 4, 2017 | TBD at Final Pretrial |

1

|  |  | Conference |
|---|---|---|
| Trial | December 18, 2017 | TBD at Final Pretrial Conference |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 10), as amended (ECF No. 17).

IT IS SO ORDERED.

DATED: June 30, 2017.

_____
UNITED STATES DISTRICT JUDGE