Lawrance A. Bohm (SBN: 208716)
Andrew C. Kim (SBN: 309160)
Daniel T. Newman (SBN: 314937)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Noah F. Schwinghamer (SBN: 262024)
**SCHWINGHAMER LAW**
2443 Fair Oaks Blvd., #379
Sacramento, California 95825
Telephone: 916.678.1117
Facsimile: 916.927.2046

Attorneys for Plaintiffs
GARY CORRIGAN; ROSANNA JOHNSON

Stephen M. Hankins (SBN: 154886)
Sarah D. Youngblood (SBN: 244304)
Lance C. Cidre (SBN: 287906)
**RILEY SAFER HOLMES & CANCILA LLP**
111 New Montgomery Street, Suite 600
San Francisco, California 94105
Telephone: 415.275.8550
Facsimile: 415.275.8551

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CORRIGAN and ROSANNA JOHNSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC., and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No: 2:16-cv-00298-KJM-CKD<br><br>**ORDER GRANTING THE PARTIES REQUEST TO CONTINUE DISPOSITIVE DOCUMENT FILING DEADLINE**<br><br>*Assigned to Honorable Kimberly J. Mueller for All Purposed; Courtroom 3*<br><br>Action Filed:    March 25, 2015 |

1

1  The Parties Request to Continue the Dispositive Document Filing Deadline is hereby
2  GRANTED, or MODIFIED as follows:
3  The new deadline for filing dispositive documents is extended to **May 15, 2018**;
4  **IT IS SO ORDERED.**
5  DATED: March 19, 2018.

_____
UNITED STATES DISTRICT JUDGE